IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GILBERT J. FAGNANI,**
        Plaintiff,

vs.                                        Case No. 5:06cv26/RS/MD

**DR. FRANCES, et al.,**
        Defendants.

---

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. Plaintiff commenced this action in January of this year by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1).

      On March 2, 2006 this court entered an order directing plaintiff to submit an amended complaint within thirty days. (Doc. 7). Plaintiff was warned that his failure to do so would result in a recommendation of dismissal of this action. Plaintiff did not file an amended complaint.

      Accordingly, on April 5, 2006 the court issued an order requiring plaintiff to show cause within twenty (20) days why this case should not be dismissed for his failure to prosecute and failure to comply with an order of the court. (Doc. 10). A copy of that order was mailed to plaintiff at three different addresses: (1) his address of record,[1] (2) his stated address upon release as indicated on the Florida Department of Corrections' website,[2] and (3) the return address indicated on the

---

[1] Plaintiff's address of record is Calhoun Correctional Institution.

[2] Plaintiff's release address indicated on the Florida Department of Corrections' website is 1400 - 4th St. South, St. Petersburg, FL 33701.

envelope of a deficient document plaintiff mailed to the court.[3] Each copy of the order was returned as undeliverable. (Docs. 16 & 17). Furthermore, to date, plaintiff has not filed an amended complaint.[4]

Accordingly, it is respectfully RECOMMENDED:

That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address, and that the clerk be directed to close the file.

DONE AND ORDERED this 22nd day of June, 2006.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. §  636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**

---

[3] The return address indicated on the envelope is 14400 - 49th St. North, Clearwater, FL 33762. (*See* Doc. 12).

[4] The copy of this court's order directing plaintiff to file an amended complaint was not returned.

*Case No: 5:06cv26/RS/MD*