**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


GILBERT J. FAGNANI,

        Plaintiff,

vs.                                CASE NO. 5:06cv26/RS

DR. FRANCES, et al,

        Defendants.

_____/

## <u>ORDER</u>

      Before the court is the Magistrate Judge's Report and Recommendation (Doc.

15).   Plaintiff has not filed objections.

      **IT IS ORDERED**:

      1.      The Magistrate Judge's Report and Recommendation is approved and is

           incorporated in this Order.

      2.      This case is dismissed without prejudice.

      3.      The clerk is directed to close the file.


ORDERED on July 26, 2006.


                        **/S/ Richard Smoak**_____
                        **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**